IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-57-RPM (BNB)

ERICKA SCOTT,

    Plaintiff,

v.

OLD TOWN SQUARE PROPERTIES INC., and

BRIAN SOUKUP, individually,

    Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court having been advised in the premises,

IT IS HEREBY ORDERED that the within Complaint and action be dismissed, with prejudice, each party to pay their own costs and attorneys' fees.

DONE this 26th day of June, 2008.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      Richard P. Matsch, Senior District Judge